583 A.2d 348

STATE OF NEW JERSEY v. TERRENCE BYRD.

March 26, 1990.

Petition for certification denied.

583 A.2d 348

STATE OF NEW JERSEY v. PHILLIP B. HARRISON.

March 26, 1990.

Petition for certification denied.

583 A.2d 348

STATE OF NEW JERSEY v. MICHAEL STAITI.

March 26, 1990.

Petition for certification denied.

583 A.2d 348

STATE OF NEW JERSEY v. RICHARD A. BRUGGER.

March 26, 1990.

Petition for certification denied.